IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01614-BNB

JOSHUA D. GESS,

      Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE, and
JEFF. CO. JOHN DOE DEPUTIES, LT'S, SGT'S,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion to Waive Initial Filing Fee" filed on August 9, 2007, is DENIED because Plaintiff failed to submit a current certified copy of his inmate trust fund account statement to demonstrate that he lacks sufficient funds to pay the initial partial filing fee.

Dated: August 10, 2007

Copies of this Minute Order were mailed on August 10, 2007, to the following:

Joshua D. Gess
JCID #149427
200 Jefferson County Parkway
Golden, CO 80401

                                          Secretary/Deputy Clerk