IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01614-BNB

JOSHUA D. GESS,
    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE, and
JEFF. CO. JOHN DOE DEPUTIES, LT'S, SGT'S,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2007

GREGORY C. LANGHAM
    CLERK

ORDER OF DISMISSAL

On July 31, 2007, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $18.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was instructed that, in order to show cause why he cannot pay the $18.00 initial partial filing fee, he must submit a current certified copy of his inmate trust fund account statement. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On August 9, 2007, Plaintiff filed a "Motion to Waive Initial Filing Fee." On August 10, 2007, Magistrate Judge Boland entered a minute order denying the "Motion to Waive Initial Filing Fee" because Plaintiff failed to submit a current certified copy of his inmate trust fund account statement to demonstrate his inability to pay the initial partial filing fee.

On August 28, 2007, Plaintiff filed a "Second Motion to Waive Initial Filing Fee." Attached to the August 28 motion is a certified copy of Plaintiff's inmate trust fund account statement dated August 17, 2007, that shows the current balance in Plaintiff's account is $29.17. Plaintiff alleges in the "Second Motion to Waive Initial Filing Fee" that the balance in his account as of August 18, 2007, is $4.00.

The Court has reviewed the papers filed by Plaintiff on August 28, including the certified copy of his inmate trust fund account statement, and finds that Plaintiff has failed to show cause why he is unable to pay the initial partial filing fee in this action. Therefore, the "Second Motion to Waive Initial Filing Fee" will be denied. The account statement Plaintiff submitted demonstrates that he had sufficient funds in his inmate trust fund account on August 17 to pay the initial partial filing fee. Plaintiff has not submitted a certified copy of his inmate trust fund account statement to support his allegation that the balance in his account as of August 18 is only $4.00. Even assuming the balance in Plaintiff's account on August 18 was only $4.00, Plaintiff's decision to spend his funds for some purpose other than payment of the initial partial filing fee does not justify waiving the initial partial filing fee. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the "Second Motion to Waive Initial Filing Fee" filed on August 28, 2007, is denied. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 12 day of  Sept.  , 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01614-BNB

Joshua Gess
Prisoner No. 149427
Jefferson County Detention Facility
200 Jefferson County Parkway
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9-12-7

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk