IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01614-ZLW

JOSHUA D. GESS,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE, and
JEFF. CO. JOHN DOE DEPUTIES, LT'S, SGT'S,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 4 2007

GREGORY C. LANGHAM
    CLERK

---

### ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Joshua D. Gess has filed *pro se* on September 24, 2007, a letter to the Court in which he asks the Court to reconsider the Court's Order of Dismissal filed in this action on September 12, 2007. The Court must construe the letter liberally because Mr. Gess is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Gess filed his motion to reconsider within ten days after the Court's Order of Dismissal. See Fed. R. Civ. P. 6(a) (time periods of less than eleven days

exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court dismissed the instant action because Mr. Gess failed to pay the initial partial filing fee. Although Mr. Gess filed two motions to waive the initial partial filing fee, the Court determined, based on the account statement Mr. Gess submitted, that he had sufficient funds to pay the initial partial filing fee but chose to use those funds for other purposes. Mr. Gess argues in the motion to reconsider that the Court failed to address his contentions that the jail does not have a way to release funds from his account to the Court and that the funds in his account were used for personal hygiene and postage needs that are not provided for by the jail.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Gess fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Mr. Gess provides no support for his contention that the jail has no way to release funds from his account to the Court. The Court notes that other inmates at the Jefferson County Detention Facility in other cases have been able to make payments to the Court. Furthermore, the fact that Mr. Gess used the funds in his account for personal hygiene and postage needs does not change the fact that he had sufficient funds in his account to pay the initial partial filing fee but did not do so. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the letter to the Court filed on September 24, 2007, which the Court has construed liberally as a motion to reconsider, is denied.

DATED at Denver, Colorado, this ___ day of _____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01614-BNB

Joshua D. Gess
Jcid# 149427
200 Jefferson County Parkway
Golden, CO 80401

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_10\\4\\6\_\_

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                        Deputy Clerk